In the Matter of the Petition of JESSIE H. PRIME et al., for Appointment of a Substituted Trustee under Trusts Created by SUSIE E. HEERMANCE, Deceased.

CENTRAL NATIONAL BANK OF YONKERS, as Substituted Trustee, et al., Appellants; WESTCHESTER TRUST COMPANY in Liquidation, as Successor Trustee, Respondent.

Argued May 18, 1938; decided June 3, 1938.

602

*Ralph Earl Prime, Jr.,* for appellants.

*Robert W. Crawford* and *Gerald Donovan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: CRANE, Ch. J.